1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-MC-00015-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND TERMINATING WRIT OF GARNISHMENT** |
| v. | |
| JAYSON PETER COSTA, | **(Doc. 5)** |
| Debtor. | Criminal Case No. 1:11-CR-00026-LJO |
| LODI CDJR, L.P., | |
| Garnishee. | |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request") (Doc. 5), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

1.      Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on February 6, 2024, is hereby TERMINATED; and

2.      The Clerk of the United States District Court is directed to ASSIGN a district judge to this matter and to thereafter CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:   **February 13, 2024**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE